# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0276

VERSUS

LEONARD HOLLOWAY

**MAY 18, 2026**

---

In Re:    Leonard Holloway, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          4535-F-2023, 4536-M-2023.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED.**

                              **PMc**
                              **HG**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT